**Order entered June 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00402-CV

**CELANESE CORPORATION AND GRUPO CELANESE, S. DE RL DE CV, Appellants**

**V.**

**JAVIER SALCEDO SAHAGUN AND RAMOS & HERMOSILLO ABOGADOS, S.C.,**
**Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09284**

## ORDER

Appellants' brief on the merits is currently due on June 24, 2019. Before the Court is appellants' June 6, 2019 motion requesting an extension of forty-five days to file their brief. We **GRANT** the motion **to the extent** appellants shall file their brief by **July 24, 2019**. We caution appellants that further extension requests in this accelerated appeal will be disfavored.

/s/ KEN MOLBERG
JUSTICE